NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

JOHN L. RUSSO, Attorney at Law
Em: johnlawny@msn.com
New York State Bar No.: 2332344
[Pending Pro Hac Vice Petition]
31 - 01 Broadway, 4th Floor
Astoria, New York 11106-2648
Tel: 718.777.1777
Fax: 718.777.2737

FILED
2011 JAN -4 PM 2:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

ATTORNEYS FOR: Daniel Carlos Garcia, David L. Wright, & Jane Roe

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANIEL CARLOS GARCIA; and DAVID L. WRIGHT,
PLAINTIFF(S)

THE COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC ANTHONY PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCE BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAVE NORDSTROM; RAYMOND GREGORY; PAUL TESINSKY; LINDA HUGHES; M. NAVARRO; BRANDES; SHUMWAY; GLOBAL TEL LINK; BRIAN OLIVER and DOES 1 through 25, Inclusive;   DEFENDANT(S)

CASE NUMBER:
CV 11 - 00034 VAP (OPx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for **DANIEL CARLOS GARCIA. AND DAVID L. WRIGHT**
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|

(List the names of all such parties and identify their connection and interest.)

**PLAINTIFFS:**

DANIEL CARLOS GARCIA AND DAVID L. WRIGHT

**DEFENDANTS:**
THE COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC ANTHONY PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCE BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAVE NORDSTROM; RAYMOND GREGORY; PAUL TESINSKY; LINDA HUGHES; M. NAVARRO; BRANDES; SHUMWAY; GLOBAL TEL LINK; BRIAN OLIVER and DOES 1 through 25, Inclusive;

Date _____   Sign _____

Attorney of record for or party appearing in pro per

CV-30 (04/10)   NOTICE OF INTERESTED PARTIES