1  Arthur K. Cunningham, SB# 97506
   LEWIS BRISBOIS BISGAARD & SMITH LLP
2  650 East Hospitality Lane, Suite 600
   San Bernardino, California 92408
3  Telephone: (909) 387-1130
   Facsimile: (909) 387-1138
4  Akcatty@LBBSLaw.com

5  Christopher D. Lockwood, SBN 110853
   Arias & Lockwood
6  225 W. Hospitality Lane, Suite 314
   San Bernardino, CA 92408
7  Phone: (909) 890-0125
   Fax: (909) 890-0185
8  Christopher.Lockwood@AriasLockwood.com

9  Attorneys for defendants County of Riverside (sued as itself, as "County of
   Riverside Board of Supervisors" and as "County of Riverside Sheriff's
10 Department"), Otis Sterling, III, Lisa DiMaria, Bruck Blanck, Stanley Sniff, Jr.,
   Dave Nordstrom, Paul Tesinsky, Linda Hughes (erroneously sued as Lisa
11 Hughes), Melissa Navarro (sued as M. Navarro), Margaret Brandes (sued as
   Brandes), and Michelle Shumway (sued as Shumway)

12

13                    UNITED STATES DISTRICT COURT

14                    CENTRAL DISTRICT OF CALIFORNIA

15

16  DANIEL CARLOS GARCIA and          ) CASE NO. 11-00034 VAP (OPx)
    DAVID L. WRIGHT,                  )
17                                    ) JOINT STATUS REPORT
            Plaintiffs,               )
18                                    )
    v.                                )
19                                    )
    COUNTY OF RIVERSIDE; COUNTY       )
20  OF RIVERSIDE BOARD OF             )
    SUPERVISORS; RODRIC PACHECO;      )
21  KELLY PATRICK KEENAN; SARA        )
    LYNN DANVILLE; OTIS STERLING,     )
22  III; LISA DiMARIA; BRUCK          )
    BLANCK; COUNTY OF RIVERSIDE       )
23  SHERIFF'S DEPARTMENT;             )
    STANLEY SNIFF, JR.; DAVE          )
24  NORDSTROM; PAUL TESINSKY;         )
    LISA HUGHES; M. NAVARRO;          )
25  BRANDES; SHUMWAY; GLOBAL          )
    TEL LINK; BRIAN OLIVER, and Does  )
26  1-10, inclusive,                  )
                                      )
27          Defendants                )
                                      
28

                                      1

1  Defendants have provided notice to plaintiffs of an intent to file motions to
2  dismiss and the County defendants have provided a draft motion to dismiss. As
3  part of meet and confer discussions, the parties have agreed that no response will
4  be filed to the original complaint and that plaintiffs will file a first amended
5  complaint by ~~March~~ APRIL 7, 2011. The parties also agree that, in order to allow
6  sufficient time to meet and confer about potential motions to dismiss the first
7  amended complaint, the deadline for a response to the first amended complaint is
8  20 days after the first amended complaint is filed.

9  DATED: March 24, 2011                     DAVID L. WRIGHT
                                             JOHN L. RUSSO

11                                           By _Daniel L Wright_
                                             Attorneys for plaintiffs

13  DATED: March ~~16~~ 24, 2011             ARIAS & LOCKWOOD

15                                           By _[signature]_
                                             Christopher D. Lockwood
                                             Attorneys for the County of
16                                           Riverside and its employees

17  DATED: March 24, 2011                    GREENBERG TRAURIG LLP

19                                           By _Robert Herrington /gv_
                                             Robert J. Herrington
                                             Attorneys for Global Tel Link and
20                                           Brian Oliver

2