UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS GARCIA and DAVID L. WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCK BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAVE NORDSTROM; PAUL TESINSKY; LISA HUGHES; M. NAVARRO; BRANDES; SHUMWAY; GLOBAL TEL LINK; BRIAN OLIVER, and Does 1-10, inclusive,<br><br>Defendants | CASE NO. 11-00034 VAP (OPx)<br><br>(PROPOSED) ORDER RE RESPONSE TO ORIGINAL COMPLAINT |

Based on the stipulation of the parties it is ordered:

1. No response will be filed to the original complaint.

2. Plaintiffs will file a first amended complaint by March ___, 2011.

3. In order to allow sufficient time to meet and confer about potential motions to dismiss the first amended complaint, the deadline for a response to the

1  first amended complaint is 20 days after the first amended complaint is filed.
2  DATED: _____

                                                  _____
                                                  United States District Court Judge