1  Arthur K. Cunningham, SB# 97506
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
2  650 East Hospitality Lane, Suite 600
   San Bernardino, California 92408
3  Telephone: (909) 387-1130
   Facsimile: (909) 387-1138
4  Akcatty@LBBSLaw.com

5  Christopher D. Lockwood, SBN 110853
   **Arias & Lockwood**
6  225 W. Hospitality Lane, Suite 314
   San Bernardino, CA 92408
7  Phone: (909) 890-0125
   Fax: (909) 890-0185
8  Christopher.Lockwood@AriasLockwood.com

9  Attorneys for defendants County of Riverside (sued as itself, as "County of Riverside Board of Supervisors" and as "County of Riverside Sheriff's
10 Department"), Otis Sterling, III, Lisa DiMaria, Bruck Blanck, Stanley Sniff, Jr., Dave Nordstrom, Paul Tesinsky, Linda Hughes (erroneously sued as Lisa
11 Hughes), Melissa Navarro (sued as M. Navarro), Margaret Brandes (sued as Brandes), and Michelle Shumway (sued as Shumway)

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16 DANIEL CARLOS GARCIA and DAVID L. WRIGHT, | CASE NO. 11-00034 VAP (OPx) |
| 17       Plaintiffs, | NOTICE OF APPEARANCE |
| 18 v. | |
| 19 COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCK BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAVE NORDSTROM; PAUL TESINSKY; LISA HUGHES; M. NAVARRO; BRANDES; SHUMWAY; GLOBAL TEL LINK; BRIAN OLIVER, and Does 1-10, inclusive,       Defendants | |

1      Please take notice that the following defendants are represented by
2 counsel. They have not filed a response to the complaint due to a stipulation (to
3 be filed separately) that no response to the original complaint is necessary and
4 plaintiffs will file an amended complaint.

5      The defendants represented by counsel are:

6 • County of Riverside (sued as itself, as "County of Riverside Board of
7    Supervisors" and as "County of Riverside Sheriff's Department")
8 • Otis Sterling, III
9 • Lisa DiMaria
10 • Bruck Blanck
11 • Stanley Sniff, Jr.
12 • Dave Nordstrom
13 • Paul Tesinsky
14 • Linda Hughes (erroneously sued as Lisa Hughes)
15 • Melissa Navarro (sued as M. Navarro)
16 • Margaret Brandes (sued as Brandes)
17 • Michelle Shumway (sued as Shumway)

18      These defendants are represented jointly by:

Arthur K. Cunningham, SB# 97506
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138
Akcatty@LBBSLaw.com
*and*

Christopher D. Lockwood, SBN 110853
**Arias & Lockwood**
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Phone: (909) 890-0125
Fax: (909) 890-0185
Christopher.Lockwood@AriasLockwood.com

DATED: March 30, 2011            ARIAS & LOCKWOOD

                                 By _____
                                 Christopher D. Lockwood