1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DANIEL CARLOS GARCIA and DAVID L. WRIGHT,<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCK BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAVE NORDSTROM; PAUL TESINSKY; LISA HUGHES; M. NAVARRO; BRANDES; SHUMWAY; GLOBAL TEL LINK; BRIAN OLIVER, and Does 1-10, inclusive,<br><br>            Defendants. | CASE NO. 11-00034 VAP (OPx)<br><br>**ORDER RE RESPONSE TO ORIGINAL COMPLAINT** |
|---|---|

TCO-358,862,775v1

1       Based on the stipulation of the parties it is ordered:

2       1.    No response will be filed to the original complaint.

3       2.    Plaintiffs will file a first amended complaint by April 7, 2011.

4       3.    In order to allow sufficient time to meet and confer about potential motions to dismiss the first amended complaint, the deadline for a response to the first amended complaint is 20 days after the first amended complaint is filed.

DATED: March 31, 2011_

*Virginia A. Phillips*

United States District Court Judge

TCO-358,862,775v1

Dated:  Type Date here               GREENBERG TRAURIG, LLP

By: _____
ATTORNEY
Attorneys for

TCO-358,862,775v1