# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Carlos Garcia, et al.,<br><br>PLAINTIFF(S)<br>v.<br>The County of Riverside County of Riverside Board of Supervisors, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV 11-00034-VAP-(OPx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 4/7/11 | #9 | Plaintiff's First Amended Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☒ The document is stricken and counsel is ordered to file an amended or corrected document by _within 48 hours of issuance of this notice_ .
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

As indicated in the Notice of Deficiencies, Dkt. No. 10, Plaintiff's counsel shall resubmit its First Amended Complaint directly with the Clerks Office, in lieu of electronic filing, pursuant to General Order 10-07, Section 5, Paragraph C, (1) "Case Initiating Documents."

Clerk, U.S. District Court

Dated: 4/13/11

By: Jim Holmes, Relief CRD
    Deputy Clerk   (951-328-4465)

cc: Assigned District Judge and/or Magistrate Judge