LODGED

2011 APR 15 PM 3:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED
CLERK, U.S. DISTRICT COURT

APR 21 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANIEL CARLOS GARCIA; DAVID L. WRIGHT

Plaintiff(s)

v.

THE COUNTY OF RIVERSIDE, ET AL

Defendant(s).

CASE NUMBER

ED CV 11-00034 VAP (OP)

**ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE**

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of **JOHN L RUSSO**, *Applicant's Name*, of **31-01 BROADWAY, 4TH FL, ASTORIA, NY 11106**, *Firm Name / Address*

**718-777-1777**
*Telephone Number*

**JOHNLAWNY@MSN.COM**
*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of **DAVID L. WRIGHT #189346**
*Local Counsel Designee /State Bar Number*

of **1882 S. CALIENTE RD, PALM SPRINGS CA 92264**
*Local Counsel Firm / Address*

**760-969-8800**
*Telephone Number*

**DAVIDLAWPS@GMAIL.COM**
*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated **4/21/11**

[signature]

U. S. District Judge/U.S. Magistrate Judge