Arthur K. Cunningham, SB# 97506
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
(909) 387-1130
(909) 387-1138 - Fax
Akcatty@LBBSLaw.com

Christopher D. Lockwood, SBN 110853
**Arias & Lockwood**
225 W. Hospitality Lane, Suite 314
San Bernardino, California 92408
(909) 890-0125
(909) 890-0185 - Fax
Christopher.Lockwood@AriasLockwood.com

Attorneys for defendants County of Riverside (sued as itself, as "County of Riverside Board of Supervisors" and as "County of Riverside Sheriff's Department"), Otis Sterling, III, Lisa DiMaria, Bruck Blanck, Stanley Sniff, Jr., Paul Tesinsky, Linda Hughes, Melissa Navarro (sued as M. Navarro), Margaret Brandes (sued as Brandes), and Michelle Shumway (sued as Shumway)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS GARCIA and DAVID L. WRIGHT,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCK BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAN EAGLIN; PAUL TESINSKY; LINDA HUGHES; M. NAVARRO; BRANDES; SHUMWAY; CASSANDRA MORROW; SECURUS TECHNOLOGIES, INC.; RICHARD A (RICK) SMITH; GLOBAL TEL LINK; BRIAN OLIVER, and Does 1-10, inclusive,<br><br>Defendants. | CASE NO. 11-00034 VAP (OPx)<br><br>**JOINT STATUS REPORT AND STIPULATION ABOUT RESPONSE TO THE FIRST AMENDED COMPLAINT** |

1

1  The parties have met and conferred repeatedly in this case. Defendants
2  have stated an intent to file motions to dismiss and motions to strike and have
3  provided their supporting authorities to Plaintiffs. Plaintiffs have provided their
4  supporting authorities to Defendants. The parties previously agreed that no
5  response would be required to the Original Complaint and that Plaintiffs would
6  file a First Amended Complaint.
7  On April 15, 2001 Plaintiffs filed a First Amended Complaint. The parties
8  then met and conferred about the First Amended Complaint both by emails and
9  by conference call. During those discussions, Plaintiffs identified defendants
10 who have not been served. Plaintiffs indicated an intent to dismiss some of the
11 unserved defendants and to file a Second Amended Complaint to address the
12 issues raised during the meet and confer discussions and to clarify and narrow the
13 issues.
14 The parties therefore agree that:
15 1. No response will be filed to the First Amended Complaint.
16 2. In order to give Plaintiffs time to research the issues and to prepare the
17 Second Amended Complaint, Plaintiffs will have until May 30, 2011 to file their
18 Second Amended Complaint.
19 3. In order to allow sufficient time to meet and confer about potential
20 motions to dismiss the Second Amended Complaint, and to narrow the issues as
21 much as possible, and to prepare and file motions to dismiss if necessary, the
22 deadline for a response to the Second Amended Complaint is 20 days after the
23 second amended complaint is filed.
24 A proposed order is filed with this stipulation.
25 DATED: May 5, 2011          DAVID L. WRIGHT
                              JOHN L. RUSSO
26
27                            By
28                            Attorneys for Plaintiffs

2

DATED: May 5, 2011

ARIAS & LOCKWOOD

By: /s/ Christopher D. Lockwood
Christopher D. Lockwood
Attorneys for the County of Riverside and the County employees identified above

DATED: May ___, 2011

GREENBERG TRAURIG LLP

By: _____
Robert J. Herrington
Attorneys for Global Tel*Link and Brian Oliver

| | | |
|---|---|---|
| 1 | DATED: May ___, 2011 | ARIAS & LOCKWOOD |
| 2 | | |
| 3 | | By_____ |
| 4 | | Christopher D. Lockwood<br>Attorneys for the County of<br>Riverside and the County employees |
| 5 | | identified above |
| 6 | DATED: May 25th, 2011 | GREENBERG TAURIG LLP |
| 7 | | |
| 8 | | By_____ |
| 9 | | Robert J. Herrington<br>Attorneys for Global Tel*Link and<br>Brian Oliver Corporation |