1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DANIEL CARLOS GARCIA and DAVID L. WRIGHT, | CASE NO. 11-00034 VAP (OPx) |
| Plaintiffs, | **(PROPOSED) ORDER RE RESPONSE TO FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCK BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAVE NORDSTROM; PAUL TESINSKY; LISA HUGHES; M. NAVARRO; BRANDES; SHUMWAY; GLOBAL TEL LINK; BRIAN OLIVER, and Does 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of the parties, it is ordered:

1. No response will be filed to the First Amended Complaint.
2. Plaintiffs will file a Second Amended Complaint by May 30, 3011.
3. In order to allow sufficient time to meet and confer about potential motions to dismiss the Second Amended Complaint, the deadline for a response to the First Amended Complaint is twenty (20) days after the Second Amended Complaint is filed.

DATED: _____

_____
United States District Court Judge