1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| DANIEL CARLOS GARCIA and DAVID L. WRIGHT, | CASE NO. 11-00034 VAP (OPx) |
| Plaintiffs, | **ORDER RE RESPONSE TO FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCK BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAVE NORDSTROM; PAUL TESINSKY; LISA HUGHES; M. NAVARRO; BRANDES; SHUMWAY; GLOBAL TEL LINK; BRIAN OLIVER, and Does 1-10, inclusive, | |
| Defendants. | |

*TCO-358,949,560v1*

Based on the Stipulation of the parties, it is ordered:

1. No response will be filed to the First Amended Complaint.
2. Plaintiffs will file a Second Amended Complaint by May 30, 3011.
3. In order to allow sufficient time to meet and confer about potential motions to dismiss the Second Amended Complaint, the deadline for a response to the First Amended Complaint is twenty (20) days after the Second Amended Complaint is filed.

DATED: _May 10, 2011__

*Virginia A. Phillips*
United States District Judge

2

(PROPOSED) ORDER RE RESPONSE TO FIRST AMENDED COMPLAINT

TCO-358,949,560v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*TCO-358,949,560v1*