**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138
Akcatty@LBBSLaw.com

Christopher D. Lockwood, SBN 110853
**Arias & Lockwood**
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Phone: (909) 890-0125
Fax: (909) 890-0185
Christopher.Lockwood@AriasLockwood.com

Attorneys for defendants County of Riverside (sued as itself, as "County of Riverside Board of Supervisors" and as "County of Riverside Sheriff's Department"), Otis Sterling, III, Lisa DiMaria, Bruck Blanck, Stanley Sniff, Jr., Paul Tesinsky, and Linda Hughes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE BOARD OF SUPERVISORS; RODRIC PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DiMARIA; BRUCK BLANCK; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT; STANLEY SNIFF, JR.; DAN EAGLIN; PAUL TESINSKY; LINDA HUGHES; CASSANDRA MORROW; SECURUS TECHNOLOGIES, INC.; RICHARD A (RICK) SMITH; GLOBAL TEL LINK; BRIAN OLIVER, and Does 1-10, inclusive,<br><br>    Defendants | CASE NO. 11-00034 VAP (OPx)<br><br>NOTICE OF INTERESTED PARTIES |

1

In addition to the named defendants, the interested parties and their interests are:

| CSAC | Joint powers excess insurer for County of Riverside |
|---|---|
| AIG TS Excess Casualty | Excess insurer for County of Riverside |

DATED: June 17, 2011

ARIAS & LOCKWOOD

By _____
Christopher D. Lockwood
Attorneys for defendants County of Riverside (sued as itself, as "County of Riverside Board of Supervisors" and as "County of Riverside Sheriff's Department"), Otis Sterling, III, Lisa DiMaria, Bruck Blanck, Stanley Sniff, Jr., Paul Tesinsky, and Linda Hughes

2