NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

GREENBERG TRAURIG, LLP
ROBERT J. HERRINGTON (SBN 234417)
herringtonr@gtlaw.com
MATTHEW R. GERSHMAN (SBN 253031)
gershmanm@gtlaw.com
2450 Colorado Ave., Ste. 400E
Santa Monica, CA 90404
phone: 310-586-7700    fax: 310-586-7800

ATTORNEYS FOR: Global Tel*Link Corporation and Brian Oliver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Carlos Garcia,<br><br>Plaintiff(s),<br>v.<br>County of Riverside, et al.,<br><br>Defendant(s) | CASE NUMBER:<br>ED CV11-34 VAP (OPx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendants Global Tel*Link Corporation and Brian Oliver
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Defendant Global Tel*Link Corporation ("GTL") | GTL is a wholly-owned subsidiary of GTEL Holdings, Inc. ( "GTEL"). |
| | GTEL is a wholly-owned subsidiary of GTEL Acquisition Corp.. |
| | GTEL Acquisition Corp. is a wholly-owned subsidiary of GTEL Holding LLC. |
| | Corporations that own 10% or more of the stock of GTEL Holding LLC are The Veritas Capital Fund III, L.P. and G.S. Direct, LLC. |

June 20, 2011
Date

/s/ Matthew R. Gershman
Sign

Matthew R. Gershman
Attorney of record for or party appearing in pro per