

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Daniel Carlos Garcia, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV 11-00034-VAP-(OPx) |
| v. | |
| The County of Riverside County of Riverside Board of Supervisors, et al., | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 5/30/11 | #17 | Plaintiff's Second Amended Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   As indicated in the Notice of Deficiencies, Dkt. No. 18, Plaintiff's counsel is required to submit its First Amended Complaint directly to the Clerks Office, in lieu of electronic filing, pursuant to General Order 10-07, Section 5, Paragraph C.1. "Case Initiating Documents."  The deadline for Plaintiff to submit its Second Amended Complaint is 48 hours of issuance of this Responsive Notice.

                                                            Clerk, U.S. District Court

Dated: 6/23/11                                By: Jim Holmes, Relief CRD
                                                    Deputy Clerk   (951-328-4465)

cc: Assigned District Judge and/or Magistrate Judge