| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| 2 | ROBERT J. HERRINGTON (SBN 234417)<br>herringtonr@gtlaw.com |
| 3 | MATTHEW R. GERSHMAN (SBN 253031)<br>gershmanm@gtlaw.com |
| 4 | 2450 Colorado Avenue, Suite 400E<br>Santa Monica, California 90404 |
| 5 | Telephone: (310) 586-7700 |
| 6 | Facsimile: (310) 586-7800 |
| 7 | Attorneys for Defendants |
| 8 | GLOBAL TEL*LINK CORPORATION and<br>BRIAN OLIVER |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.<br><br>Defendants. | CASE NO. EDCV11-34 VAP (OPx)<br><br>**NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE THE MOTION TO DISMISS OF DEFENDANTS GLOBAL TEL*LINK CORPORATION AND BRIAN OLIVER**<br><br>DATE:     August 15, 2011<br>TIME:     2:00 PM<br>PLACE:   Courtroom 2<br>JUDGE:   Hon. Virginia A. Phillips<br><br>ACTION FILED: April 15, 2011<br>TRIAL DATE:    Not Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The Motion to Dismiss the Second Amended Complaint as to Defendants Global Tel*Link Corporation and Brian Oliver (collectively, the "GTL Defendants") was set for hearing on August 15, 2011, at 2:00 PM before the abovementioned Court. (*See* Notice of Motion and Motion, Docket No. 23.)

Pursuant to Local Civil Rule 7-9, any party opposing the Motion was required to, "not later than twenty-one (21) days before the date designated for hearing of the motion …, serve upon all other parties and file with the Clerk … the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely."

Twenty-one days before the August 15, 2011 hearing date set for the Motion was July 25, 2011.  However, Plaintiff has not filed any opposition to the Motion.  Plaintiff's failure to file any opposition by July 25, 2011 "may be deemed consent to the granting … of the motion." (Local Civil Rule 7-12.)

Therefore, the GTL Defendants respectfully request the Court enter an Order granting their Motion and dismissing the Second Amended Complaint as to the GTL Defendants with prejudice.

DATED: July 30, 2011                    GREENBERG TRAURIG, LLP


By: */s/ Matthew R. Gershman*
    Matthew R. Gershman
    Attorneys for Defendants Global Tel*Link
    Corporation and Brian Oliver