**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-0034VAP (OPx)                              Date:  August 2, 2011

Title:     DANIEL CARLOS GARCIA -v- COUNTY OF RIVERSIDE, et al.
==================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   MINUTE ORDER: (1) VACATING AUGUST 15, 2011, HEARING; and (2) GRANTING DEFENDANTS GLOBAL TEL*LINK CORPORATION'S AND BRIAN OLIVER'S MOTION TO DISMISS

    The Court has received the papers filed in support of Defendants Global Tel*Link Corporation's ("GTL") and Brian Oliver's ("Oliver") (collectively, "Moving Defendants") motion to dismiss the second amended complaint  ("Motion"). (Doc. Nos. 23 (Motion), 24 (Request for Judicial Notice).)  Defendants' Motion is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15.  The Court accordingly VACATES the hearing set for August 15, 2011, at 2 p.m.

    Daniel Carlos Garcia ("Garcia") and David L. Wright ("Wright") (collectively, "Plaintiffs") filed this action on January 4, 2011, against the County of Riverside,

EDCV 11-0034-VAP (OPx)
DANIEL CARLOS GARCIA v. COUNTY OF RIVERSIDE, et al.
MINUTE ORDER of August 2, 2011

County of Riverside Board of Supervisors, Rodric Anthony Pacheco, Kelly Patrick Keenan, Sara Lynn Danville, Otis Sterling, III, Lisa DiMaria, Bruce Blanck, County of Riverside Sheriff's Department, Stanley Sniff, Jr., Dave Nordstrom, Raymond Gregory, Paul Tesinsky, Linda Hughes, M. Navarro, Brandes, Shumway, GTL, and Oliver.  (See Doc. No. 1 (Complaint).)

    Plaintiffs filed a first amended complaint on April 15, 2011[1] (Doc. No. 13), and Plaintiff Garcia filed a second amended complaint ("SAC") on June 24, 2011[2] (Doc. No. 27).  The SAC removed Plaintiff Wright as well as Defendants County of Riverside Board of Supervisors, County of Riverside Sheriff's Department, Dave Nordstrom, Raymond Gregory, M. Navarro, Brandes, and Shumway.  (See generally SAC.)  In the SAC, Plaintiff Garcia alleges the following claims: (1) violation of the First Amendment under 42 U.S.C. § 1983 against County Defendants; (2) violation of the Forth Amendment under 42 U.S.C. § 1983 against County Defendants; (3) violation of the Firth Amendment under 42 U.S.C. § 1983 against County Defendants; (4) violation of the Sixth Amendment under 42 U.S.C. § 1983 against County Defendants; (5) violation of the Fourteenth Amendment under 42 U.S.C. § 1983 against County Defendants; (6) violation of 42 U.S.C. § 1985 against all Defendants; (7) denial of California constitutional rights against County Defendants; (8) violation of California Penal Code §§ 632, 637 against County Defendants; (9) violation of California Civil Code § 51 against County Defendants; (10) invasion of privacy in violation of California Penal Code § 11149.4 against Defendants GTL and Oliver; (11) failure to train or supervise against Defendant Pacheco, Department,

---

   [1] Plaintiffs first attempted to file the first amended complaint on April 7, 2011, but it was stricken for filing deficiencies.  (See Doc. Nos. 9-11.)

   [2] Plaintiff Garcia first attempted to file the second amended complaint on May 30, 2011, but it was procedurally deficient.  (See Doc. Nos. 17, 18, 26.)  Plaintiff Garcia served Defendants with the SAC before filing it the first time, so Defendants moved to dismiss the SAC before it was accepted by the Court.  The document eventually accepted by the Court is identical to the document Plaintiff Garcia served on Defendants and attempted to file on May 30, 2011, however.  Accordingly, the Motion, although appearing on the docket before the SAC, is not moot.

**EDCV 11-0034-VAP (OPx)**
**DANIEL CARLOS GARCIA v. COUNTY OF RIVERSIDE, et al.**
**MINUTE ORDER of August 2, 2011**

Sniff, GTL, and Oliver; and (12) <u>Monell</u> claim against County Defendants.

On June 23, 2011, Moving Defendants filed the Motion. To date, Plaintiff Garcia has not filed opposition papers. Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for hearing the motion. As the hearing on Motion is set for August 15, 2011, Plaintiff Garcia was required to file opposition papers no later than July 25, 2011. Under Local Rule 7-12, the Court finds Plaintiff Garcia accordingly has consented to granting the Motion and DISMISSES Plaintiff's SAC as to Defendants GTL and Oliver, without prejudice. <u>See</u> L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

**IT IS SO ORDERED.**