Mark A. Pahor (SBN 271061)
pahorma@gmail.com
7032 7th Avenue
Hesperia, California 92345
Telephone: (760) 713-6763

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL CARLOS GARCIA

Plaintiff(s)

v.

COUNTY OF RIVERSIDE, et al.

Defendant(s).

CASE NUMBER

EDCV11-34 VAP (OPx)

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Daniel Carlos Garcia ☑ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Mark A. Pahor
*New Attorney*

as attorney of record in place and stead of David L. Wright
*Present Attorney*

Dated August 4, 2011                                /s/ Daniel Carlos Garcia
                                        *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated August 4, 2011                                /s/ David L. Wright
                                        *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated August 4, 2011                                /s/ Mark A. Pahor
                                        *Signature of New Attorney*

                                                271061
                                        *State Bar Number*

If party requesting to appear Pro Se:

Dated _____                                _____
                                        *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (**G-01** ORDER) ALONG WITH THIS REQUEST.

G–01 (03/06)           **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**