```
 1
 2
 3
 4                                              JS-6
 5
 6
 7
 8            UNITED STATES DISTRICT COURT
 9            CENTRAL DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| ~~DANIEL CARLOS GARCIA AND~~ DAVID L. WRIGHT, | Case No. EDCV 11-00034 VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE COUNTY OF RIVERSIDE; ~~COUNTY OF RIVERSIDE BOARD OF SUPERVISORS~~; RODRIC ANTHONY PACHECO; KELLY PATRICK KEENAN; SARA LYNN DANVILLE; OTIS STERLING, III; LISA DIMARIA; BRUCE BLANCK; ~~COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT~~; STANLEY SNIFF, JR.; ~~DAVE NORDSTROM~~; ~~RAYMOND GREGORY~~; PAUL TESINSKY; LINDA HUGHES; ~~M. NAVARRO~~; ~~BRANDES~~; ~~SHUMWAY~~; GLOBAL TEL LINK; BRIAN OLIVER AND DOES 1 THROUGH 25, INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED

```
 1  WITHOUT PREJUDICE.  The Court orders that such judgment
 2  be entered.
 3
 4
 5  Dated: August 2, 2011                _____
                                          VIRGINIA A. PHILLIPS
 6                                        United States District Judge
```