**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 11-0034VAP (OPx)                    Date:  August 2, 2011

Title:      DANIEL CARLOS GARCIA -*v*- COUNTY OF RIVERSIDE, et al.
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

        None                                     None

PROCEEDINGS:        MINUTE ORDER: (1) VACATING AUGUST 15, 2011,
                    HEARING; and (2) GRANTING DEFENDANTS' MOTION TO
                    DISMISS

      The Court has received the papers filed in support of the motion to dismiss the
second amended complaint ("Motion") filed by Defendants County of Riverside, Otis
Sterling, III, Lisa DiMaria, Bruce Blanck, Stanley Sniff, Jr., Paul Tesinsky, and Linda
Hughes (collectively, "Moving Defendants").  (Doc. Nos. 19 (Motion), 20 (Request for
Judicial Notice).)  Moving Defendants' Motion is appropriate for resolution without a
hearing.  <u>See</u> Fed. R. Civ. P. 78; L.R. 7-15.  The Court accordingly VACATES the
hearing set for August 15, 2011, at 2:00 p.m.

      Daniel Carlos Garcia ("Garcia") and David L. Wright ("Wright") (collectively,
"Plaintiffs") filed this action on January 4, 2011, against the County of Riverside,

MINUTES FORM 11                          Initials of Deputy Clerk ___md___
CIVIL -- GEN                 Page 1

EDCV 11-0034-VAP (OPx)
DANIEL CARLOS GARCIA v. COUNTY OF RIVERSIDE, et al.
MINUTE ORDER of August 2, 2011

County of Riverside Board of Supervisors, Rodric Anthony Pacheco, Kelly Patrick
Keenan, Sara Lynn Danville, Otis Sterling, III, Lisa DiMaria, Bruce Blanck, County of
Riverside Sheriff's Department, Stanley Sniff, Jr., Dave Nordstrom, Raymond
Gregory, Paul Tesinsky, Linda Hughes, M. Navarro, Brandes, Shumway, GTL, and
Oliver.  (See Doc. No. 1 (Complaint).)

        Plaintiffs filed a first amended complaint on April 15, 2011[1] (Doc. No. 13), and
Plaintiff Garcia filed a second amended complaint ("SAC") on June 24, 2011[2] (Doc.
No. 27).  The SAC removed Plaintiff Wright as well as Defendants County of
Riverside Board of Supervisors, County of Riverside Sheriff's Department, Dave
Nordstrom, Raymond Gregory, M. Navarro, Brandes, and Shumway.  (See generally
SAC.)  In the SAC, Plaintiff Garcia alleges the following claims: (1) violation of the
First Amendment under 42 U.S.C. § 1983 against County Defendants; (2) violation
of the Forth Amendment under 42 U.S.C. § 1983 against County Defendants; (3)
violation of the Firth Amendment under 42 U.S.C. § 1983 against County
Defendants; (4) violation of the Sixth Amendment under 42 U.S.C. § 1983 against
County Defendants; (5) violation of the Fourteenth Amendment under 42 U.S.C. §
1983 against County Defendants; (6) violation of 42 U.S.C. § 1985 against all
Defendants; (7) denial of California constitutional rights against County Defendants;
(8) violation of California Penal Code §§ 632, 637 against County Defendants; (9)
violation of California Civil Code § 51 against County Defendants; (10) invasion of
privacy in violation of California Penal Code § 11149.4 against Defendants GTL and
Oliver; (11) failure to train or supervise against Defendant Pacheco, Department,

------

        [1] Plaintiffs first attempted to file the first amended complaint on April 7, 2011,
but it was stricken for filing deficiencies.  (See Doc. Nos. 9-11.)

        [2] Plaintiff Garcia first attempted to file the second amended complaint on May
30, 2011, but it was procedurally deficient.  (See Doc. Nos. 17, 18, 26.)  Plaintiff
Garcia served Defendants with the SAC before filing it the first time, so Defendants
moved to dismiss the SAC before it was accepted by the Court.  The document
eventually accepted by the Court is identical to the document Plaintiff Garcia served
on Defendants and attempted to file on May 30, 2011, however.  Accordingly, the
Motion, although appearing on the docket before the SAC, is not moot.

MINUTES FORM 11                                     Initials of Deputy Clerk ___md___
CIVIL -- GEN                    Page 2

EDCV 11-0034-VAP (OPx)
DANIEL CARLOS GARCIA v. COUNTY OF RIVERSIDE, et al.
MINUTE ORDER of August 2, 2011

Sniff, GTL, and Oliver; and (12) <u>Monell</u> claim against County Defendants.

On June 17, 2011, Moving Defendants filed the Motion.  To date, Plaintiff Garcia has not filed opposition papers.  Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for hearing the motion.  As the hearing on Motion is set for August 15, 2011, Plaintiff Garcia was required to file opposition papers no later than July 25, 2011.  Under Local Rule 7-12, the Court finds Plaintiff Garcia accordingly has consented to granting the Motion and DISMISSES Plaintiff's SAC as to Moving Defendants, without prejudice. <u>See</u> L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

Additionally, Plaintiff Garcia has not yet served Defendants Rodric Anthony Pacheco, Kelly Patrick Keenan, or Sara Lynn Danville.  Under Federal Rule of Civil Procedure Rule 4, a plaintiff must serve the summons and complaint on all named defendants within 120 days of filing, and failure to do so will result in dismissal of the action against the unserved defendant. <u>See</u> Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court . . . <u>must</u> dismiss the action without prejudice against that defendant.") (emphasis added).  Plaintiff filed this action on January 4, 2011, and accordingly was required to serve these Defendants by May 4, 2011.  The Court accordingly DISMISSES the action as to Defendants Rodric Anthony Pacheco, Kelly Patrick Keenan, and Sara Lynn Danville without prejudice.

**IT IS SO ORDERED.**